
RECEIVED
MAR 2 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| JACKIE LAMBERT, et al. | Civil Action No. 6:04-CV-00985 |
| versus | Judge Tucker L. Melançon |
| STATEWIDE TRANSPORT, INC. | Magistrate Judge Mildred E. Methvin |

**JUDGMENT**

In accordance with the Memorandum Ruling issued on this date,

IT IS ORDERED that the Motion for Summary Judgment filed by Defendant Statewide Transport, Inc. [Rec. Doc. 52] is GRANTED and that all of Plaintiffs' claims are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED this 16th day of March, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge